# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2663
LT Case No. 2023-MM-030028-A

———————————————

PAUL GEORGE HARRIS,

    Appellant,

    v.

STATE OF FLORIDA,
    Appellee.

———————————————

On appeal from the County Court for Brevard County.
Michelle V. Baker, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

March 12, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____